UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THOMAS JOSEPH GODDARD, | Case No.  26-cv-01039-AGT |
| Plaintiff, | |
| v. | **ORDER ON MOTIONS FOR EXTENSION OF TIME AND ADMINISTRATIVE MOTION** |
| SLICKDEALS, LLC, | Re: Dkt. Nos. 17, 20, 22 |
| Defendant. | |

Plaintiff Thomas Goddard, proceeding pro se, filed motions for administrative relief based on his involuntary hospitalization at the Department of State Hospitals (DSH) in Napa, California. Dkts. 17 & 20.[1] His PACER/ECF account has been suspended due to an outstanding balance, which accrued while he was hospitalized. Dkt. 20 at 3. Goddard requests (1) a sixty-day extension of all deadlines, (2) an order directing the Clerk of Court to accept filings by mail, email, or fax until his access to PACER/ECF is restored, and (3) "[a]ppointment of a courtesy copy recipient for all court notices while [he] remains hospitalized." *Id.* at 2.

Goddard also filed an administrative motion for an exemption from PACER fees. Dkt. 22. This is Goddard's second such motion in this case; his first such request was denied. *See* dkt. 4 (motion for exemption from PACER fees); dkt. 13 (order denying exemption).

---

[1] Goddard filed materially identical versions of this motion at dkt. 17 and 20. Dkt. 17 is missing Goddard's signature, while dkt. 20 is signed.

Having considered Goddard's requests, the Court orders as follows:

1. All pending deadlines in this action are extended by sixty (60) days from the date of this order.

2. The Clerk of Court is directed to accept filings from Goddard by U.S. mail pending further order of this Court or restoration of Goddard's PACER/ECF account access, which-ever occurs first.

3. Goddard's request for the appointment of a courtesy copy recipient is denied.

4. For the reasons previously stated, dkt. 13, Goddard's request for a PACER fee exemption is denied.

5. Goddard shall notify the Court within five (5) days of restoration of PACER/ECF access or release from DSH Napa.

6. Nothing in this order waives any rights of any defendant to assert defenses or objections once served.

This order dispenses with dkts. 17, 20, and 22.[2]

**IT IS SO ORDERED.**

Dated: April 10, 2026

Alex G. Tse
United States Magistrate Judge

---

[2] The undersigned lacks full consent to the Court's jurisdiction in this case. However, be-cause this Court's order is not dispositive of any claims or defenses, the undersigned has authority to issue these rulings. *Flam v. Flam*, 788 F.3d 1043, 1045–46 (9th Cir. 2015).