UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SLICKDEALS, LLC,<br><br>　　　　Defendant. | Case No.  26-cv-01039-AGT<br><br>**ORDER DIRECTING SERVICE** |

On March 24, 2026, the Court granted plaintiff Thomas Joseph Goddard's *in forma pauperis* application and ordered service on the defendant by the United States Marshal Service (USMS). Dkt. 10. The USMS attempted service at the address provided by Goddard, but were unsuccessful in serving there. Dkt. 25.

The Court now takes judicial notice of the California Secretary of State's listing for defendant Slickdeals, LLC as "a source whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). *See also Zamudio v. Cnty. of Los Angeles*, No. 13-895, 2013 WL 3119178, at \*4 (C.D. Cal. May 16, 2013) (taking judicial notice of the California Secretary of State's business search). Slickdeals, LLC's listed agent for service of process is CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA. *See* California Secretary of State, bizfile Online, https://bizfileonline.sos.ca.gov/ (click "search," then type "Slickdeals," then click "Slickdeals, LLC").

Accordingly, the Clerk of Court shall issue revised summonses for Slickdeals, LLC

to reflect the agent for service of process in California. The USMS shall serve Slickdeals, LLC, without prepayment of fees, care of CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.[1] Slickdeals, LLC shall be served with a copy of the complaint (dkt. 7, pages 1–304), Goddard's *in forma pauperis* affidavit (dkt. 2), the Court's screening order (dkt. 10), and this order.[2]

     **IT IS SO ORDERED.**

Dated: May 7, 2026

Alex G. Tse
United States Magistrate Judge

---

[1] The zip code of 95833 comes from CSC – Lawyers Incorporating Service's website. *See* CSC, CSC Agent Office Addresses, https://www.cscglobal.com/service/entity-solutions/registered-agent-services/service-of-process/sop-locations/. That a certain location is in a zip code is judicially noticeable as "generally known within the trial court's territorial jurisdiction." *See* Fed. R. Evid. 201(b)(1).

[2] The defendant need not be served with the exhibits to the complaint (dkt. 7, pages 304–3,187, and dkt. 8) at this time, as these are accessible on the Court's docket.